AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-12-89-PHX-LOA

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 3 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **George Reidheadet. Al**
was received by me on *(date)* **3-19-12**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Mr Dudley** , who is
designated by law to accept service of process on behalf of *(name of organization)* **AZ Dept. of Corrections**
on *(date)* **3-21-12** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **3-21-12**

*Larry White*
Server's signature

*Larry White*
Printed name and title

**1641 E Osborn #7 Phoenix AZ**
Server's address

Additional information regarding attempted service, etc: