AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-12-89-PHX-LOA

___ FILED   ___ LODGED
___ RECEIVED   ___ COPY

MAR 23 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **George Reideader Al.**
was received by me on *(date)* **3-19-12**.

☐ I personally served the summons on the individual at *(place)* **Chris Austin**
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Chris Austin**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Attorney General Office** on *(date)* **3-21-12** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3-21-12**

*Server's signature*

**Larry White**
*Printed name and title*

**1641 E Osborn #7 Phoenix AZ 85016**
*Server's address*

Additional information regarding attempted service, etc: