AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-12-89-PHX-LOA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SERGEANT ARTHUR MALDONADO__
was received by me on *(date)* __March 19, 2012__.

☑ I personally served the summons on the individual at *(place)* __STATE PRISON PHOENIX COMPLEX 2500 E. VAN BUREN, PHOENIX AZ__ on *(date)* __3-30-12__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __3-30-12__

*Server's signature*

__Tommy Borguez__
*Printed name and title*

__1641 E. Osborn Road, #7 Phoenix, AZ 85016__
*Server's address*

Additional information regarding attempted service, etc: