AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-12-89-PHX-LOA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Coii CHERISE NELSON
was received by me on *(date)* MARCH 19, 2012.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Capt. NiNA Ramerz , who is
designated by law to accept service of process on behalf of *(name of organization)* ASC Perryville Prison
Coii CHERISE NELSON on *(date)* 3-21-12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 3-21-12

Server's signature

Tommy Borquez
Printed name and title

1041 e Osborn # 7 Phoenix AZ 85016
Server's address

Additional information regarding attempted service, etc: