AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-12-89-PHX-LOA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SERGEANT JOSEPH SWIRSKY__
was received by me on *(date)* __MARCH 19, 2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __CAPT. NENA RAMIREZ__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __ASC-PERRYVILLE PRISON__
__SERGEANT JOSEPH SWIRSKY__ on *(date)* __3-21-12__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-21-12__

_____
Server's signature

__Tommy Borquez__
Printed name and title

__1641 E. Osborn Road, #7, Phoenix, Arizona 85016__
Server's address

Additional information regarding attempted service, etc: