THOMAS C. HORNE
ATTORNEY GENERAL

JONATHAN WEISBARD (012011)
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8622
Fax: (602) 542-3393
DefensePhx@azag.gov
Jonathan.Weisbard@azag.gov

*Attorneys for Defendants State of Arizona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| George Reidhead, an individual, Estate of Brenda Lee Todd, a legal entity, Liana Todd, Shawn todd, S.W. the natural child of Brenda Lee Todd, by and through her Next Friend, Anthony Jack Wroblewski, <br><br> Plaintiffs, <br><br> vs. <br><br> State of Arizona; Charles L. Ryan, Director of Arizona Department of Corrections in his official capacity as Director of Arizona Department of Corrections; CO II John Coughlin, in his individual and official capacities, CO II Tory Payne, in his individual and official capacities; CO II George Reyes, in his individual and official capacities; CO II Cherise Nelson, in her individual and official capacities; Sergeant Arthur Maldonado, Sergeant Joseph Swirsky, Nurse Debra Elder, John Doe Officers I-X; Jane Doe Officers I-X; John Doe Supervisors I-X; Jane Doe Supervisors I-X; John Does I-X; Jane Does I-X; Black Corporations I-X; and White Partnerships I-X, <br><br> Defendants. | No: 2:12-cv-00089-PHX-JAT <br><br> **NOTICE OF SETTLEMENT** |

The parties hereby give notice that the Defendant State of Arizona and the

Plaintiffs George Reidhead, an individual, Estate of Brenda Lee Todd, a legal entity,

Liana Todd, Shawn todd, S.W. the natural child of Brenda Lee Todd, by and through her Next Friend, Anthony Jack Wroblewski, have reached a settlement in the above-entitled cause of action.  A Stipulation for Dismissal with Prejudice pursuant to the terms of the Settlement Agreement and Release is forthcoming.

DATED this 20th day of August, 2014.

THOMAS C. HORNE
Attorney General

/s/Jonathan Weisbard
JONATHAN WEISBARD
Assistant Attorney General
*Attorney for Defendants*

GILLESPIE, SHIELDS & DURRANT

/s/John J. Foley
JOHN J. FOLEY
DAN M. DURRANT
*Attorneys for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on August 20, 2014, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

John J. Foley
Dan Durrant, Esq.
Gillespie, Shields & Durrant
7319 N. 16th Street, Suite 100
Phoenix, AZ 85020-5262
*Attorneys for Plaintiff*

By /s/Casey Delisa
LMS11-0299/RSK:G11-20473/HDM#4114676